| PAY PERIOD | 07/8/2018  -  07/21/2018 | | | Pay Date: | 07/30/2018 |

Total Hours: 46.58

**EMPLOYER**
Century Credit Acceptance
6656 Buford Hwy
Doraville GA 30340

**EMPLOYEE**
Tomeka K Brown Williams
1675 roswell rd #826
marietta GA 30062
SSN: XXX-XX-2762

| NET PAY: | $575.77 |
|---|---|
| Checking# ....6584 | $575.77 |

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 19.39 |

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 46.58 | $14.00 | $652.17 | $7,368.11 |
| Overtime Pay | | | $0.00 | $98.35 |
| Holiday Pay | | | $0.00 | $224.00 |
| **Total** | | | **$652.17** | **$7,690.46** |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| Social Security | $40.44 | $476.81 |
| Medicare | $9.45 | $111.51 |
| GA Income Tax | $26.51 | $360.49 |
| **Total** | **$76.40** | **$948.81** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| Cash advance for uniforms | $0.00 | $152.07 |
| **Total** | **$0.00** | **$152.07** |

| Net Pay | Current | YTD |
|---|---|---|
| | $575.77 | $6,589.58 |

Powered by Intuit Payroll

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:  \* CASE No.:

    Tomeka Kawanna Williams  \*

      \* CHAPTER: 13

    DEBTOR  \*

## UNSWORN DECLARATION REGARDING PAY ADVICES

☒ I, **Tomeka Kawanna Williams**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _September_, 20_18_, through _October_, 20_18_, inclusive.

☐ I, **Tomeka Kawanna Williams**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 10/8/2018

Signed: _[signature]_
Tomeka Kawanna Williams